# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

Roger Kight,  )
                Plaintiff, )
vs.  )No. 04-3165-CV-S-FJG
Autozone, Inc.,  )
                Defendant. )

## ORDER REQUIRING CERTIFICATION OF COMPLETION OF DISCOVERY

The files and records in the above-entitled cause show that **July 1, 2005**, was the date established by a scheduling order for the completion of all discovery in this case.

Within **10** days from the date of this notice, counsel for each party shall file and serve on all counsel a certificate that all discovery has been completed and that this case is ready for further processing.

**IT IS SO ORDERED.**

        By order of the Court en banc
        P. L. Brune, Clerk of the Court

        by **/s/ Rhonda Enss**
        Rhonda Enss
        Courtroom Deputy

Dated: July 13, 2005