IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

Roger Kight, )
           Plaintiff, )
vs. ) No. 04-3165-CV-S-FJG
AutoZone, Inc., )
           Defendant. )

## JUDGMENT IN A CIVIL CASE

__X__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_____ **Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that

    on the claim of plaintiff Roger Kight, as submitted in Instruction 8, the jury finds in favor of plaintiff, and the jury finds plaintiff's damages to be $110,500. It is further ordered that
    on Special Interrogatory 15, the jury finds defendant's conduct was willful.

April 6, 2006                    Patricia L. Brune
Date                               Clerk

                                    /s/ Rhonda Enss
                                  (by) Deputy Clerk