IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| ROGER KIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 04-3165-CV-S-FJG |
| | ) | |
| AUTOZONE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT IN A CIVIL CASE

\_\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that

the Court **DENIES** defendant's Motion for Judgment as a Matter of Law or Alternatively for a New Trial (Doc. # 75) and **GRANTS in PART and DENIES in PART** plaintiff's Motion for Attorney Fees, Costs and Other Costs Expended (Doc. # 78).

September 5, 2006  Patricia L. Brune
Date                Clerk

                    /s/ Rhonda Enss
                    (by) Deputy Clerk